UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Misael Perez y Perez,<br><br>                       Petitioner,<br><br>          v.<br><br>Kristi Noem at el.,<br><br>                       Respondents. | 25-CV-4828 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      It is hereby **ORDERED** that the parties shall appear before the Honorable Dale E. Ho to discuss Petitioner's application on **June 12, 2025, at 4:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      Respondents shall be prepared to address, *inter alia*, the availability of accommodations for Petitioner in the Southern District of New York (including the Metropolitan Detention Center) and in other districts in close proximity. Respondents are further **ORDERED** not to transfer Petitioner from the Delaney Hall Detention Facility in Newark, NJ absent further order of this Court. *See Ozturk v. Trump*, No. 25 Civ. 374, 2025 WL 1145250, at *15 (D. Vt. Apr. 18, 2025) (ordering petitioner's transfer from Louisiana to Vermont), *stay and mandamus denied*, *Ozturk v. Hyde*, 136 F.4th 382, 403 (2d Cir. 2025).

      SO ORDERED.

Dated: June 12, 2025
       New York, New York

                                                          DALE E. HO
                                                       United States District Judge