UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON MISAEL PEREZ Y PEREZ, <br><br>　　　　　　　　Petitioner, <br><br>　　　　v. <br><br> NOEM et al., <br><br>　　　　　　　　Respondents. | 25-CV-4828 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On July 2, 2025, the Court ordered the following briefing schedule: Petitioner's amended petition for writ of habeas corpus due by July 18, 2025, the Government's response due by July 25, 2025, and Petitioner's reply due by July 29, 2025. *See* ECF No. 17. As of July 31, 2025, no amended petition, response, or reply has been filed. No later than **Wednesday, August 6, 2025**, the parties shall file a joint letter indicating to the Court whether they intend to make any filings in accordance with the aforementioned scheduling order. If so, the parties shall also file a motion for an extension *nunc pro tunc* of the filing deadlines, which this Court will only grant upon a showing of good cause.

　　　　SO ORDERED.

Dated: July 31, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge