UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Misael Perez y Perez, | |
|                               Petitioner, | 25-CV-4828 (DEH) |
|             v. | |
| Noem et al., | ORDER |
|                              Respondents. | |

DALE E. HO, United States District Judge:

On August 26, 2025, the Court received Petitioner's Amended Petition via email correspondence. *See* ECF No. 21. That same day, the Court issued an order directing the Petitioner to "serve the Government with the Amended Petition via email and file proof of service on the docket simultaneously with the filing of the Amended Petition" on the docket. *Id.* On September 2, 2025, the Government acknowledged that it was served with the Amended Petition via email on August 26, 2025. *See* ECF No. 22. However, as of September 3, 2025, Petitioner has filed neither the Amended Petition nor proof of service on the docket. As such, the Court issues this Order directing the Clerk of Court to place the Amended Petition on the docket, with access limited to the parties and court personnel.

      SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                                             DALE E. HO
                                                             United States District Judge