UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Misael Perez y Perez,<br><br>                  Petitioner,<br><br>      v.<br><br>Noem et al.,<br><br>                  Respondent. | 25-CV-4828 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 3, 2025, the Court granted the Government's request for a one-day extension to submit its Opposition to Petitioner's Amended Petition. *See* ECF No. 25. Accordingly, the Court extended Petitioner's deadline to submit any Reply to September 6, 2025. *See id.* As of September 11, 2025, Petitioner has not submitted any Reply. Therefore, the Court *sua sponte* extends Petitioner's deadline to submit a Reply to **September 15, 2025**. If Petitioner does not file a Reply by **September 15, 2025**, the Court will deem the Amended Petition fully briefed.

SO ORDERED.

Dated: September 11, 2025
      New York, New York

                                        DALE E. HO
                               United States District Judge